# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 05-392 c/w 05-391

**STATE OF LOUISIANA**

**VERSUS**

**G.M.W., JR.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 72,949 c/w 72,951
HONORABLE J. P. MAUFFRAY, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## J. DAVID PAINTER
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Glenn B. Gremillion, J. David Painter, and James T. Genovese, Judges.

**AMENDED AND AFFIRMED.**

**Edward K. Bauman**
**LOUISIANA APPELLATE PROJECT**
**Post Office Box 1641**
**Lake Charles, LA 70602-1641**
**Counsel for Defendant-Appellant:**
 **G.M.W., JR.**

**Steven P. Kendrick**
**ASSISTANT DISTRICT ATTORNEY**
**Post Office Box 1940**
**Jena, LA 71342**
**Counsel for Plaintiff-Appellee:**
 **State of Louisiana**

**PAINTER, Judge**.

For the reasons set forth in the companion case hereto, *State v. G.M.W.*, 05-391 (La.App. 3 Cir. ___/___/05), ___ So.2d ___, we amend the Defendant's sentences to reflect that diminution of sentence is denied pursuant to La.R.S. 15:537 and affirm the sentences as amended.

**AMENDED AND AFFIRMED.**

1